JOHN W. HUBER, United States Attorney (No. 7226)
STEWART M. YOUNG, Assistant United States Attorney (No. 14377)
MARK Y. HIRATA, Assistant United States Attorney (No. 5087)
CY H. CASTLE, Assistant United States Attorney (No. 4808)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah   84111
Telephone:   (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:17-cr-00208-CW |
| Plaintiff, | : | |
| | | UNITED STATES' |
| v. | : | SECOND SUPPLEMENTAL WITNESS LIST |
| TERRY CHARLES DIEHL, | : | |
| Defendant. | : | Judge Clark Waddoups |

_____

The United States of America, by and through undersigned counsel, submits the following list of additional potential witnesses in support of its case-in-chief in the above-captioned action.   The United States also reserves its right to further supplement its witness list as trial preparation continues.

　　　1.  Novak, Abigail

/

/

1

DATED this 27th day of October, 2017.

        JOHN W. HUBER
        United States Attorney

        */s/ Mark Y. Hirata*
        _____
        STEWART M. YOUNG
        MARK Y. HIRATA
        CY H. CASTLE
        Assistant United States Attorneys

**Certificate of Service**

I certify that on the 27th day of October, 2017, I caused to be sent, via email transmission, a copy of the foregoing UNITED STATES' SECOND SUPPLEMENTAL WITNESS LIST to the following:

| |
|---|
| D. Loren Washburn, Esq.<br>SMITH CORRELL<br>Attorney for Defendant<br>50 West Broadway, Suite 1010<br>Salt Lake City, UT 84101 |
| Stephen C. Peters, Esq.<br>PETERS LAW FIRM LLC<br>Attorney for Defendant<br>1700 Lincoln Street, Suite 3400<br>Denver, CO 80203 |

        /s/ Cody Alleman