_____
### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
### CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-208-CW |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS** |
| TERRY CHARLES DIEHL, | Honorable Clark Waddoups |
| Defendant. | |

_____

The United States and Mr. Diehl stipulated to stay these proceedings for 60 days to seek approval from the Department of Justice for the agreement in principle that they have reached. For reasons of judicial economy, this parties' motion is GRANTED.   If the Department approves the agreement in principle, this Court ORDERS Mr. Diehl to withdraw his pending motions within 5 business days of the settlement being finalized.   If the Department rejects the agreement in principle, then the parties are ORDERED to contact this Court within 5 business days of learning of the disapproval to schedule further proceedings in this matter.

DATED this 31st day of May 2018.

_____
CLARK WADDOUPS, Judge
United States District Court