D. Loren Washburn (#10993)
  lwashburn@smithwashburn.com
**SMITH WASHBURN, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone:  (801) 584-1800
Facsimile:   (801) 584-1820

*Attorneys for Terry C. Diehl*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>TERRY C. DIEHL,<br><br>      Defendant. | **NOTICE OF CHANGE OF CONTACT INFORMATION**<br><br>Case No. 2:17-cr-208-CW |

D. Loren Washburn, counsel for Defendant Terry C. Diehl, hereby gives notice of a change of contact information. Smith Correll, LLP, has changed its name to Smith Washburn, LLP. Mr. Washburn's email address is now lwashburn@smithwashburn.com. All other contact information remains the same.

DATED: July 8, 2018                                    **SMITH WASHBURN, LLP**

                                                              /s/ D. Loren Washburn
                                                              D. Loren Washburn
                                                              *Attorneys for Terry C. Diehl*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2018, the foregoing **NOTICE OF CHANGE OF CONTACT INFORMATION** was served on the person(s) named below via the Court's electronic filing system:

Jared C. Bennett
jared.bennett@usdoj.gov
Adam S. Elggren
adam.elggren@usdoj.gov
Stewart C. Walz
Stewart.walz@usdoj.gov
Assistant United States Attorneys
UNITED STATES ATTORNEY'S OFFICE
111 South Main Street, #1800
Salt Lake City, UT 84111

                                                    /s/ Melina Hernandez